10-20-2017
Laurance Kriegel
1202 Hwy 86
Bovina, Texas 79009

U.S. District Court
500 M. Richardson
Roswell, New Mexico 88201
575-637-7960

Clerk;

    Plaintiff is requesting this complaint be heard in The Roswell U.S. District Court. The complaint began in the Lubbock U.S. District Court, that Court wanted the Amarillo Texas U.S. District Court to hear the complaint. The Amarillo U.S. District Court has chosen not to hear the complaint.

    In the 1980's Plaintiff had a case in the Amarillo U.S. District Court, Plaintiff had the term Parity loan rate or a higher loan rate in the complaint. The U.S. District Judge wanted Plaintiff to take the loan rate or Parity loan rate through the U.S. Department of Agriculture Administrative Hearing procedure before that Court would hear the case.

    The present complaint explains how Plaintiff has exhausted his request Administratively for raising the loan rate or raise the loan rate to Parity, through the U.S.D.A Administrative process. named National Appeals Division. The Agency will not act an place a higher loan rate or Parity loan rate in a adverse decision letter to Laurance Kriegel.

    1. Plaintiff is being denied Due Process of the Law, when this complaint is not heard.

    2. Plaintiff recognizes that the higher loan rate of Parity is in the **National Interest** of the **Nation** and the people.

    3. Plaintiff recognizes that when a **Citizen, Farmer** can make a profit on the farm the **GNP** of the **Nation** will increase.

    4. Plaintiff recognizes that when the Citizen Farmer can pay his bills, or loans back to USDA-FSA-FmHA the U.S. Treasury will not have as large a debt. USDA statistics will support these facts.

    5. The Amarillo U.S. District Court has already made some procedural errors with this complaint. The Court Court dismissed it without prejudice.

    6. In the 1980's I presented to the U.S. District Court a Motion to Recuse the Amarillo U.S, District Judge and sent information to Barefoot Sanders in Ft. Worth, Texas. I construe there is bias in the Amarillo U.S. District Court.

    7. Plaintiff. A **Citizen Farmer** has the Constitutional Right to redress our Government.

      Enclosed are my filing fees of $400 and two copy's.  Please return one file marked copy.  The Court can retain any additional fees for later fees in the proceeding.

      Please inform me if I need to send more filing fees.  Please send the complaint and summons from the U.S. District Court electronicly wuyh the electronic mailing for service to Defendants and notify me of any other action I need to take to prefect the filing of the complaint.

Respectfully Submitted;

*Laurance Kriegel*
Laurance Kriegel

How the farm program is implemented makes a difference.

The streets are almost empty now. The number of farmers in a small community is very low.



Glory to Our Heavenly Father in The Highest Heaven and on Earth Peace among People on whom His Favor rests

© Applied for Laurance Kriegel 2013