# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| LAURANCE KRIEGEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:17-CV-216-D |
| | § | |
| U.S. DEPARTMENT OF AGRICULTURE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the June 29, 2018 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's July 13, 2018 objections, the court concludes that the findings and conclusions are correct. The court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge. Accordingly, defendants' January 8, 2018 motion to dismiss is granted, and defendants USDA and USDA-FSA are dismissed as parties in this case.

Within 14 days of the date of this order, plaintiff may file an amended complaint that names a proper party. If he fails to do so, this case will be subject to dismissal by final judgment based on this order.

**SO ORDERED**.

July 25, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE